■ In the Matter of ROBERT WEICHERT, Appellant, v JAMES RIDGEWAY, as Town Justice of Town of Richland, et al., Respondents. [723 NYS2d 741] —Appeal unanimously dismissed without costs (*see, Johnson v State of New York,* 256 AD2d 1179; *Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652; *see also,* CPLR 5511). (Appeal from Judgment of Supreme Court, Oswego County, Nicholson, J.—CPLR art 78.) Present— Pigott, Jr., P. J., Pine, Wisner, Scudder and Burns, JJ.